IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIA BEAN, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05cv400-CSC |
| | ) (WO) |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | ) |
|     Defendant. | ) |

FINAL JUDGMENT

In accordance with the memorandum opinion entered in this case, the final decision of the Commissioner of Social Security is AFFIRMED and this case be and is hereby DISMISSED with prejudice. It is further

ORDERED that the costs of this proceeding be and are hereby taxed against the plaintiff for which execution may issue.

Done this 28th day of September, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE